United States District Court
Southern District of Texas
**ENTERED**
July 21, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

|  |  |  |
|---|---|---|
| JUAN ANTONIO SALINAS, <br> "Plaintiff", | § <br> § <br> § | |
| v. | § <br> § | Civil Action No. 1:22-cv-00019 |
| ANTONY J. BLINKEN, ET AL, <br> "Defendants". | § <br> § <br> § <br> § <br> § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court are these pleadings: Defendant's "Unopposed Motion for Partial Dismissal" ("MTD") (Dkt. No. 8) and the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 15). The R&R recommends this Court (1) grant Defendant's partial MTD (Dkt. No. 8) seeking dismissal of the United States of America as a defendant in this lawsuit.

No objections were filed by either party. When no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Respondent's partial MTD (Dkt. No. 8) is **GRANTED**. The Clerk of the Court is **ORDERED** to terminate United States of America as a defendant in this case.

Signed on this ___31st___ day of ___July___, 2022.

_____
Rolando Olvera
United States District Judge